## SUPPORTING AFFIDAVIT

STATE OF OKLAHOMA )
) ss
COUNTY OF TULSA )

I, William R. Mackenzie, being duly sworn, state the following:

1. I have been deputized as a Task Force Officer with the Drug Enforcement Administration (DEA) and I am presently assigned to the Tulsa, Oklahoma office. I am a police officer with the Tulsa Police Department (TPD) and have been so employed for over twenty-two years. I have a Bachelor's Degree in Criminal Justice from East Central University. Since becoming a Narcotics Detective with TPD/SID, I have participated in wire and physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefings of informants and reviews of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs. I have been the primary investigator in more than (10) ten complex conspiracy cases prosecuted within the federal justice system. I have trained other narcotic detectives within DEA and I have taught an Association of Oklahoma Narcotic Enforcers AONE class on the distribution of heroin in the United States. I have completed the following training: (a) Oklahoma State Bureau of Investigations Clandestine Laboratory Basic Safety Certification and Clandestine Laboratory Site Safety Officer courses presented by Network Environmental Systems, (b) the Drug Enforcement Administration (DEA) Basic Narcotics Investigator School, (c)

the Advanced Undercover Narcotics School, (d) the Southwest Border Intelligence school and an Outlaw Motorcycle Gang school presented by the Association of Oklahoma Narcotic Enforcers, and (e) the Complex Conspiracies school presented by the Midwest Counter-drug Training Center. I have completed formal training in narcotics investigations from the Tulsa Police Academy, as well as informal training received from more experienced officers. I have participated in over 500 drug-related criminal investigations. I have authored both federal and state search warrants, and have participated in Title III investigations, purchased narcotics in an undercover capacity, and executed controlled deliveries of narcotics. I have gained a considerable amount of knowledge about drug trafficking organizations and their members through my training and experience. I have interviewed hundreds of defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances.

2.   As a Task Force Officer with the DEA, I am vested with the authority to investigate violations of Federal laws including Title 18, Title 21, and Title 26 of the United States Code. The facts contained in this affidavit were discovered by me, or related to me by other Law Enforcement Officers.

### Property Sought For Forfeiture

3.   This affidavit is submitted in support of a Civil Complaint for Forfeiture against the following $7,455 in United States currency seized from Manuel Acevedo. The asset is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a).

4.   The information described in these paragraphs below, furnished in support of this affidavit, is derived from my own observations and Acevedo investigation, information and communications to me from other DEA agents and investigators. This affidavit will show

Manuel Acevedo committed drug distribution and the proceeds were derived from drug distribution. 4. I have probable cause to believe the contents of the below described accounts constitute or are derived from proceeds traceable to violations of Title 21, United States Code, Sections 841, 844, 846 and 856 and therefore are subject to seizure and forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a).

## Facts and Circumstances

5. During the investigation involving Acevedo, agents have maintained surveillance on him. Agents utilized a GPS device that was placed on Acevedo's red Jeep Cherokee to assist with surveillance on him. On June 30, 2020, agents noticed that Acevedo began driving northeast from Tulsa, Oklahoma. Agents noticed that Acevedo drove to Cincinnati, Ohio and stayed overnight at a hotel in Cincinnati. On July 2, 2020, Acevedo drove to Griffin's tire Repair located at 7118 S. Chicago Avenue in Chicago, Illinois. Acevedo eventually began driving southwest back towards Tulsa, Oklahoma. On July 3, 2020, at approximately 9:33 am, OHP troopers A. Lockney and S. Hamilton performed a traffic stop on Acevedo's red Jeep Cherokee for an improper lane change in the area of mile marker 286 on HWY 244 WB. OHP Trooper Hamilton immediately utilized his drug certified K-9 "Mack" around Acevedo's red Jeep Cherokee and received an alert indicating the presence of controlled substances within Acevedo's red Jeep Cherokee. OHP troopers A. Lockney and S. Hamilton conducted a search of the vehicle. Trooper Hamilton located a backpack in the vehicle containing Acevedo's California driver's license, 2 digital scales with a tan substance on them consistent with heroin, 2 cell phones and a box of sandwich baggies. Trooper Hamilton then located a box in the back trunk

area of the vehicle. Within the box was over a kilogram of heroin wrapped in plastic wrap. Between the layers of plastic wrap was what appeared to be toothpaste utilized to try to mask the smell of the heroin. Acevedo was detained and transported to the OHP Troop L division. While at the division, TFO William Mackenzie field-tested the black substance in the plastic wrap and the tan substance located on the digital scales within Acevedo's backpack. TFO William Mackenzie received a presumptive positive result for heroin on both items. In order to further this investigation Manuel Acevedo was not arrested at this time.

6.     On November 10, 2020, members of the Drug Enforcement Administration (DEA) Tulsa Resident Office (TRO) along with members of the Tulsa Police Department (TPD) executed a Federal Search Warrant at 10829 E. 41st Street, room #110, Tulsa, Oklahoma. At approximately 6:05 am, investigators approached the room door and TFO William Mackenzie knocked and announced, "Police with a search warrant open the door." Manuel Acevedo opened the door, and he was detained. A white male identified as Steven SMITH then came to the front door and was detained. During a search of the residence, SA Darren Glanz located two baggies with tan powder and a black tar substance inside consistent with heroin and a quantity of currency in the nightstand next to the bed. SA Darren Glanz located a blue bag on the bed that contained two bundles with a tan powder inside consistent with heroin and a quantity of currency. SA Glanz located currency in Acevedo's pants pocket and inside his wallet. TFO William Mackenzie located 4 baggies with a black tar substance inside consistent with heroin in

4

the refrigerator. Over a kilogram of heroin and $7,455 in United States currency was seized from Manuel Acevedo. TFO William Mackenzie mirandized Acevedo in the presence of FBI/TFO Justin Aldridge while inside the room. Acevedo agreed to speak with investigators. Acevedo gave TFO Mackenzie consent to search his phone and provided the code number of 5999 for the phone.

7. At approximately 7:00, TFO William Mackenzie and SA Glanz interviewed Acevedo at the Tulsa RO. Acevedo stated that he was not under the influence and that he attended school in California through the 5th grade. Acevedo stated that he had approximately 1 pound of heroin in his room. He stated that someone brought him the heroin a week ago. Acevedo stated that it takes him 1 month to sell a pound of heroin and that he has 5 customers. Acevedo stated that he had been selling heroin for approximately 9 months. Acevedo stated that when he was stopped by the Oklahoma Highway Patrol and had a kilogram of heroin seized from him, he got that heroin from someone in Chicago. Acevedo was asked who he was selling heroin for, and he refused to answer the question. This concluded the interview.

## Conclusion

8. Based upon the information set forth herein, as well as training, experience, and knowledge of this investigation, Affiant has sufficient probable cause to believe that the Defendant Properties seized in this investigation are the proceeds of and/or are facilitating property in violations of the drug control laws of the United States Title 21,

United States Code, Sections 841, 844, 846 and 856 and therefore are subject to seizure and forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a).

Dated: _____  _____
William R. Mackenzie
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me this 20 day of April, 2023.

_____
NOTARY PUBLIC, State of Oklahoma

(seal)

```
ELIZABETH STEVENS
Notary Public - State of Oklahoma
Commission Number 08010132
My Commission Expires Oct 16, 2024
```

6